546

Robert Q. BAKER, Jr., and Seward Schooler, Trustees U/W of Melville Q. Baker, Deceased, v. SCOTT–BURR STORES CORPORATION.

No. 10670.

United States Court of Appeals
Sixth Circuit.

Dec. 6, 1948.

Pomerene & Burns, of Coshocton, Ohio, for appellants.

Milo C. Ely, of Coshocton, Ohio, and M. A. Kolar, of Chicago, Ill., for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the record and on the briefs and oral arguments of attorneys for the contending parties; and it appearing that the findings of fact of the district court are based upon substantial evidence and are not clearly erroneous; and it further appearing that the conclusions of law of the district court correctly interpret the lease in controversy, and that an appropriate and correct decree was entered in conformity with the findings and conclusions. The declaratory judgment of the district court, filed January 20, 1948, is affirmed.

William A. BOYD and Mark W. Allen, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10579.

United States Court of Appeals
Sixth Circuit.

Dec. 10, 1948.

Howell Van Auken and Waldo K. Greiner, both of Detriot, Mich., for petitioners.

Theron L. Caudle, Charles Oliphant, Sewall Key, B. D. Daniels, George A. Stinson, Ellis N. Slack and Helen Goodner, all of Washington, D. C., for appellee.

Before HICKS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

The petitions for review filed respectively by William A. Boyd and Mark W. Allen came on to be heard together; and this court having duly considered the record and the briefs and oral arguments of attorneys for both the petitioning taxpayers and for the Commissioner of Internal Revenue; and it appearing that the findings of fact of the United States Tax Court which are quite complete are supported by the evidence of record and that the comprehensive opinion of that tribunal reasons to correct conclusions. The decisions of the tax court are affirmed.

Harold Hubert BRINKLEY v. UNITED STATES of America.

No. 3766.

United States Court of Appeals
Tenth Circuit.

Nov. 10, 1948.

David Tant, of Oklahoma City, Okl., for appellant.

Robert E. Shelton, U. S. Atty., of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed for failure to prosecute.